USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/4/2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------X
UNITED STATES OF AMERICA,          :     **19 CR 643 (VM)**
                                   :
         -against-                 :
                                   :     **ORDER**
KENDALL NEWLAND,                   :
                                   :
              Defendant.           :
-----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

It is hereby ordered that the sentencing of the above-named defendant scheduled for Tuesday, March 9, 2021 will be rescheduled to Friday, March 19, 2021 at 10:30 A.M.

**SO ORDERED:**

Dated:    New York, New York
          04 March 2021

_____
Victor Marrero
U.S.D.J.