USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/17/2021

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------X
                            :
UNITED STATES OF AMERICA    :    ORDER
                            :
    - v. -                  :    19 Cr. 643 (VM)
                            :
KENDALL NEWLAND,            :
                            :
            Defendant.      :
                            :
----------------------------X
```

WHEREAS, with the consent of the defendant, KENDALL NEWLAND, the defendant's guilty plea allocution was taken before a United States Magistrate Judge on December 9, 2020; and

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:   New York, New York
         March 17, 2021
         _____

                                    _____
                                    Victor Marrero
                                    U.S.D.J.