```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/18/2021
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------X
UNITED STATES OF AMERICA,                :
                                         :
                                         :       **19 CR 643(VM)**
            -against-                    :            **ORDER**
                                         :
KENDALL NEWLAND,                         :
                                         :
                  Defendant.             :
----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

The sentencing in this matter scheduled for Friday, March 19, 2021 at 10:30 a.m. shall be a teleconference. The parties are directed to use the dial-in number 888-363-4749, with access code 8392198.

**SO ORDERED:**

Dated:    New York, New York
          18 March 2021

_____
Victor Marrero
U.S.D.J.