**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/27/2026
```

UNITED STATES OF AMERICA,

          - against -

KENDALL NEWLAND,

          DEFENDANT.

**19-CR-00643 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The Clerk of Court is respectfully directed to mail a copy of the October 31, 2025, Decision and Order (Dkt. No. 118) to Kendall Newland, Registration Number 87172-054, USP Canaan, P.O. Box 300, Waymart, PA 18472, and note service on the docket.

**SO ORDERED.**

Dated:    27 February 2026
        New York, New York

_____
Victor Marrero
U.S.D.J.